# Order

Michigan Supreme Court
Lansing, Michigan

December 23, 2013

147747

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

VINCENT BURGESS,
            Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
            Defendant.

SC: 147747
AGC:   1722-13

_____/

       On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



Clerk

h1216